# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

-vs-                                              Case No. 6:09-cv-1242-Orl-28KRS

**TERRY T. BENNETT,**

      Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 9) filed October 29, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 22, 2009 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. No. 9) is **GRANTED in part**.

3. Judgment is entered in favor of Plaintiff and against Terry T. Bennett in the amount of $7,973.68 as of January 19, 2010.

4. Plaintiff's request for an award of costs is **DENIED without prejudice**. Plaintiff may file a separate Bill of Costs, supported by evidence of the costs actually incurred, within the time permitted by the rules of the Court.

5. The Clerk is directed to enter judgment in accordance with the terms set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15 day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party